# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESUS BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, SCOTT FRAKES, Director, individually and in his official capacity; OFFICER CHAN, Correctional Officer, individually and in his official capacity; THOMAS SORENSEN, Correctional Corporal, individually and in his official capacity; GARY HUSTAD, Doctor, individually and in his official capacity; VAUGHAN WENZEL, Physician Assistant, individually and in his official capacity; and DAN DANAHER, Physician Assistant, individually and in his official capacity;<br><br>Defendants. | **4:18CV3043**<br><br><br>**MEMORANDUM AND ORDER** |

      On March 22, 2018, the court ordered Plaintiff to pay the $400.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

      IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 3rd day of May, 2018.

                                        BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        Senior United States District Judge